**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   1: 10-cv-04230 |
| | ) | |
| ACE PROPERTY AND CASUALTY | ) | Judge Charles R. Norgle, Sr. |
| INSURANCE COMPANY, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO STIPULATION**

Plaintiff BNSF Railway Company, by its attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, submits this notice of voluntary dismissal without prejudice pursuant to the Stipulation attached hereto as Exhibit A, signed by all parties who have appeared in this matter, each party to bear their own costs.

BNSF RAILWAY COMPANY

By: /s/ Sean M. Sullivan
    Sean M. Sullivan
    One of Its Attorneys

Sean M. Sullivan  (No. 6191677)
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
(312) 422-9999

## CERTIFICATE OF SERVICE

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO STIPULATION** to be served upon the following attorneys by the Court's ECF filing system, before 5:00 p.m. on April 11, 2011:

Brian C. Bassett, Esq.
Michael Smith Knippen, Esq.
Traub Lieberman Straus & Shrewsberry, LLP
303 West Madison Street, Suite 1200
Chicago, Illinois 60606

/s/ Sean M. Sullivan
Sean M. Sullivan
(Atty No. 6191677)
Daley Mohan Groble, P.C.
55 West Monroe, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 422-9999
Facsimile: (312) 422-5370