# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   1: 10-cv-04230 |
| ) | |
| ACE PROPERTY AND CASUALTY ) | Judge Charles R. Norgle, Sr. |
| INSURANCE COMPANY, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

Plaintiff BNSF Railway Company and defendant Ace Property and Casualty Insurance Company, by their undersigned counsel, hereby stipulate that the above captioned matter shall be dismissed, without prejudice and with each party to bear its own costs.

BNSF RAILWAY COMPANY                    ACE PROPERTY AND CASUALTY
                                        INSURANCE COMPANY

By: _____             By: _____
Sean M. Sullivan                        Brian C. Bassett
DALEY MOHAN GROBLE, P.C.                TRAUB LIEBERMAN STRAUS
55 West Monroe Street                   & SHREWSBERRY LLP
Suite 1600                              303 West Madison Street
Chicago, IL 60603                       Suite 1200
(312) 422-9999                          Chicago, IL 60606
                                        (312) 332-3900