UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

| | |
|---|---|
| BNSF Railway Company <br><br> Plaintiff, <br><br> v. <br><br> Ace Property and Casualty Insurance Company <br><br> Defendant. | Case No.: 1:10–cv–04230 <br> Honorable Charles R. Norgle Sr. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2011:

    MINUTE entry before Honorable Charles R. Norgle, Sr: IT IS HEREBY ORDERED this case is dismissed without prejudice pursuant to Notice of Voluntary Dismissal Pursuant to Stipulation. [31] Each party to bear their own costs. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.